NUMBER
13-05-503-CV

 

                                      COURT OF
APPEALS

 

                            THIRTEENTH DISTRICT
OF TEXAS

 

                              CORPUS CHRISTI -
EDINBURG

_______________________________________________________

 

ANTHONY R. BEARDEN, ET
AL.,                                                           Appellants,

 

                                                             v.

 

H. B. FULLER COMPANY, ET
AL.,                                                           Appellees.

_______________________________________________________

 

                               On appeal from
the 319th District Court

                                           of Nueces County, Texas.

_______________________________________________________

 

                                 MEMORANDUM OPINION

 

                                     Before Justices Rodriguez, Castillo, and Garza

                                                Memorandum
Opinion Per Curiam

 

Appellants,
ANTHONY R. BEARDEN, ET AL., attempted to perfect an appeal from
an order entered by the 319th District Court of Nueces
County, Texas, in cause no. 02-05231-G.  The clerk=s record
was received on February 27, 2006.  








Upon
review of the clerk=s record, it appeared that the order from
which this appeal was taken was not a final appealable order.  Pursuant to Tex.
R. App. P. 42.3, notice of this defect was given so that steps could be
taken to correct the defect, if it could be done.  Appellants were advised that, if the defect was
not corrected within ten days from the date of receipt of this notice, the
appeal would be dismissed for want of jurisdiction.  Appellants failed to file a response as
requested by this Court=s notice. 

The
Court, having considered the documents on file and appellants= failure
to respond to this Court=s notice, is of the opinion that the
appeal should be dismissed for want of jurisdiction. The appeal is hereby
DISMISSED FOR WANT OF JURISDICTION.

PER
CURIAM

 

Memorandum Opinion delivered and

filed this the 25th day of May, 2006.